# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, <br><br> Plaintiff, <br><br> vs. <br><br> TRUE VINE HOSPITALITY, LLC., a California Limited Liability Company; and Does 1-10 <br><br> Defendant. | Case No.: 5:18-cv-01262-CAS-KK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR RELIEF FROM PLAINTIFF'S AND PLAINTIFF'S EXPERT'S NON-APPEARANCE AT DEPOSITION** |

**PLEASE TAKE NOTICE** that defendant TRUE VINE HOSPITALITY, LLC ("True Vine") applied to the Court for ex parte relief from Plaintiff's, and his expert Paul Bishop's, non-appearance for a noticed deposition on September 9, 2019.

The Court considered True Vine's ex parte application, the supporting memorandum of points and authorities, the Declaration of Kalyan Pokala, the

[Proposed] Order Granting Defendant's Ex Parte Application for Relief from Plaintiff's and Plaintiff's Expert's Nonappearance at Deposition, 1
Case No. 18-cv-01262-CAS-KK

1  papers submitted by Plaintiff in Opposition, and the pleadings and papers in this
2  action.
3      GOOD CAUSE APPEARING, the Court GRANTS True Vine's application
4  for ex parte relief.
5      Plaintiff's motion for summary judgment is taken off calendar.
6      Plaintiff, Paul Bishop, and Plaintiff's other witness who provided a
7  declaration in support of Plaintiff's motion for summary judgment are ordered to
8  sit for their deposition not later than _____.

10  The Court makes the following further orders:
11  _____
12  _____
13  _____
14  _____

16  IT IS SO ORDERED.

18  Dated: _____    _____
                                UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Defendant's Ex Parte Application for Relief from Plaintiff's and Plaintiff's Expert's Nonappearance at Deposition, 2
Case No. 18-cv-01262-CAS-KK