KALYAN POKALA SBN: 259947
**POKALA LAW APC**
2535 Kettner Blvd. Suite 2C-2
kalyan@pokalalaw.com
Phone:(619) 394-0187
Fax:   (619) 878-5815
Attorney for Defendant
True Vine Hospitality, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRUE VINE HOSPITALITY, LLC, a California Limited Liability Company; and Does 1-10<br><br>　　　　Defendant. | Case No. 2:19-CV-02988-PA-SS<br><br>**CERTIFICATE OF SERVICE** |

I, Matthew Zarley, declare:

　　　I am a citizen of the United States and employed in San Diego, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2535 Kettner Boulevard, Suite 2C-2, San Diego CA 92101. On September 11, 2019, I served a copy of the following documents:

---
CERT. OF SERVICE, DEFENDANT'S EX PARTE MOTION

1) **DEFENDANT'S NOTICE OF EX PARTE APPLICATION FOR RELIEF FROM PLAINTIFF'S AND PLAINTIFF'S EXPERT'S NON-APPEARANCE AT DEPOSITION.**

2) **DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR RELIEF FROM PLAINTIFF'S AND PLAINTIFF'S EXPERT'S NON-APPEARANCE AT DEPOSITION.**

3) **DECLARATION OF KALYAN POKALA IN SUPPORT OF EX PARTE APPLICATION FOR RELIEF FROM PLAINTIFF'S AND PLAINTIFF'S EXPERT'S NON-APPEARANCE AT DEPOSITION.**

4) **PROPOSED ORDER**

5) **PROOF OF SERVICE.**

☐ (by facsimile transmission) in accordance with Federal Rules of Civil Procedure § 5(f) by transmitting said document(s) from my office by facsimile machine (619) 878-5815 to facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from my fax machine indicating that the transmission had been transmitted without error.

☐ (by mail) on parties in said action, in accordance with Federal Rules of Civil Procedure §5(c), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Pokala Law APC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of San Diego, California.

☐ (by overnight delivery) by placing the document(s) listed above in a sealed

1 California, and addressed as set forth below.

2 ☐ (by personal delivery) by causing to be personally delivered a true copy
3  thereof to the person and at the address set forth below.
4 ☒ (by e-mail transmission) on all parties by transmitting said document(s),
5  from our offices by email (mzarley@pokalalaw.com) to email addresses
6  shown below.

7 sarag@potterhandy.com

8 mail@potterhandy.com

10 I am readily familiar with the firm's practice of collection and processing
11 correspondence for mailing. Under that practice, it would be deposited with the
12 United States Postal Service on the same day with postage thereon fully prepaid in
13 the ordinary course of business. I am aware that on motion of the party served,
14 service is presumed invalid if postal cancellation date or postage meter date is more
15 than one day after date of deposit for mailing in affidavit.

16 I declare under penalty of perjury under the laws of the State of California
17 that the above is true and correct.

18 Executed on September 11, 2019 at San Diego, California.

Matthew Zarley
*Law Clerk*
Pokala Law APC

-3-

CERT. OF SERVICE, DEFENDANT'S EX PARTE MOTION