UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:18-cv-01262-CAS (KKx) | Date | September 12, 2019 |
|---|---|---|---|
| Title | SAMUEL LOVE v. TRUE VINE HOSPITALITY, LLC, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                                              Not Present

**Proceedings:** (IN CHAMBERS) – EX PARTE APPLICATION FOR NON-APPEARANCE OF SAMUEL LOVE AND PAUL BISHOP AT DEPOSITION (Dkt. [ 27 ], filed on September 11, 2019)

On September 11, 2019, defendant True Vine Hospitality, LLC's ("True Vine") filed an ex parte application regarding the non-appearances of plaintiff Samuel Love ("Love") and his expert, Paul Bishop ("Bishop"), at their depositions. Dkt. 27. True Vine asserts that it properly noticed depositions for Love and Bishop for September 9, 2019, the date that fact discovery and motion practice was scheduled to end. Id. at 4. It contends that neither Love nor Bishop appeared for deposition that day, and Love instead filed a motion for summary judgment that day. Id. As a result, True Vine maintains that Love's motion for summary judgment contains "evidence [that] has never been cross-examined." Id. at 8. Love filed his opposition on September 12, 2019. Dkt. 28.

Having read True Vine's application and Love's opposition, and for the limited purpose of determining whether the depositions of Love and Bishop should be compelled, the Court resets the dates and hearings as follows: Fact Discovery Cutoff: October 14, 2019; and Expert Discovery Cutoff: October 14, 2019.

The Court hereby continues the last day to file dispositive motions to October 18, 2019, noticing the dispositive motion for November 18, 2019, at 10:00 A.M. The Court also continues the hearing on plaintiff's Motion for Summary Judgment[26] to November 18, 2019, at 10:00 A.M..

The Court continues the Status Conference regarding Settlement to November 18, 2019 at 10:00 A.M.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:18-cv-01262-CAS (KKx) | Date | September 12, 2019 |
|---|---|---|---|
| Title | SAMUEL LOVE v. TRUE VINE HOSPITALITY, LLC, ET AL. | | |

    The Court continues the Pretrial Conference and Hearing on Motions in Limine to November 25, 2019 at 11:00 A.M.

    The Jury Trial shall remain set for December 3, 2019 at 9:30 A.M.

    Motions in limine shall be noticed for the same date and time of the Pretrial Conference and filed twenty-eight days prior thereto. Motions in limine/oppositions shall not exceed five (5) pages in length, and no replies will be accepted.

    IT IS SO ORDERED.

                                                                                       Initials of Preparer      00 : 00 CMJ